# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

156633 (22)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

          SC: 156633
          COA: 339375
          Wayne CC: 07-006974-FC

EPIGMENIO GOMEZ,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's July 27, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



t1022

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018                    

                                        Clerk